NVB 3022 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  BK–20–12417–abl
  CHAPTER 7
VERONICA R. TURNER

  Debtor(s)  FINAL DECREE

The estate of the debtor(s) having been fully administered,

**IT IS ORDERED** that TROY S. FOX is discharged as trustee of the estate.

This Chapter 7 case is closed.

Dated: 8/14/20

Mary A. Schott
Clerk of Court